Judge Leighton

FILED ___ ENTERED
LODGED ___ RECEIVED  ORIGINAL
JAN 21 2010  DJ
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                              DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| **UNDER SEAL**, <br><br> Relator, <br> v. <br><br> **UNDER SEAL**, <br><br> Defendants. | No. C09-5301 RBL <br><br> **FILED UNDER SEAL** |

**Order** – 1
(C09-5301-RBL)
**FILED UNDER SEAL**

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

|   |   |   |
|---|---|---|
| 1 |   | Judge Leighton |
| 2 |   |   |
| 3 |   |   |
| 4 |   | ORIGINAL |
| 5 |   |   |

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| UNITED STATES OF AMERICA, *ex rel.* CRAIG THOMAS, | |
|---|---|
| Relator, | No. C09-5301 RBL |
| v. | |
| SOUND INPATIENT PHYSICIANS, INC., and ROBERT A. BESSLER, | **FILED UNDER SEAL** |
| Defendants. | |

## ORDER

The United States has filed an *Ex Parte* Motion for an Extension of time to Consider Election to Intervene, in which the government seeks a six (6) month extension of time, from January 21, 2010, up to and including July 21, 2010, in which to notify the Court whether it intends to intervene in this *qui tam* lawsuit. Such an extension of time is expressly contemplated by the False Claims Act, which provides that the United States "may, for good cause shown move the Court for extensions of time. . . ." 13 U.S.C. § 3730(b)(3). The Court finds that such good cause exists here.

Accordingly, it is hereby ORDERED that the United States shall have until July 21, 2010, to notify the Court of its decision whether or not to intervene in this *qui tam* action. The Clerk

**Order – 1**
(C09-5301-RBL)

shall otherwise maintain the Complaint and other filings under seal for the duration of the government's investigation, unless otherwise ordered by the Court.

DATED this 22nd day of January, 2010..

RONALD B. LEIGHTON
United States District Judge

Presented by:

PETER A. WINN
Assistant United States Attorney

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970