LODGED
RECEIVED
FEB 10 2010
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY

ORIGINAL

Judge Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| **UNDER SEAL**,<br><br>Relator,<br>v.<br><br>**UNDER SEAL**,<br><br>Defendants. | No. C09-5301 RBL<br><br>**FILED UNDER SEAL** |



09-CV-05301-ORD

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

| | Judge Leighton |
|---|---|
| 1 | |
| 2 | |

**ORIGINAL**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, *ex rel.* CRAIG THOMAS,<br><br>      Relator,<br>  v.<br><br>SOUND INPATIENT PHYSICIANS, INC., and ROBERT A. BESSLER,<br><br>      Defendants. | No. C09-5301 RBL<br><br>**FILED UNDER SEAL** |
|---|---|

## ORDER

This matter has come before the Court on the request of the United States for a partial lifting of the seal in this action. The government seeks an order lifting the seal for the purpose of disclosing to the Defendants the existence of this case, as well as the allegations set forth in the complaint and any amended complaints. In addition, the United States requests that it be permitted, in its discretion, to provide the Defendants with a copy of the original and any amended complaints in this case, as well as any disclosure statements relating thereto; provided, however, that the United States may, in its discretion, redact Relator's identity before providing any such materials to the Defendants.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

The Court having been fully advised in this matter,

**IT IS HEREBY ORDERED** that (1) the United States, in its discretion, shall be permitted to disclose to the Defendants in this case the existence of this case, as well as the allegations set forth in the complaint and any amended complaints.

**IT IS HEREBY ORDERED** that (2) the United States, in its discretion, shall be permitted to provide the Defendants with a copy of the original and any amended complaints in this case, as well as any disclosure statements relating thereto; provided, however, that the United States, in its discretion, may redact the Relator's identity before providing any such materials to the Defendants.

Except as otherwise ordered by the Court, the complaint and all other pleadings filed in this action shall remain under seal.

DATED this 6th day of February, 2010.

RONALD B. LEIGHTON
United States District Judge

Presented by:

PETER A. WINN
Assistant United States Attorney

**Order** – 2
(C09-5301-RBL)