Judge Leighton

FILED LODGED
RECEIVED

JUL 26 2010

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY DEPUTY

ORIGINAL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| **UNDER SEAL**, Relator, v. **UNDER SEAL**, Defendants. | No. C09-5301 RBL **FILED UNDER SEAL** |

09-CV-05301-ORD

Judge Leighton

ORIGINAL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* CRAIG THOMAS,<br><br>Relator,<br>v.<br><br>SOUND INPATIENT PHYSICIANS, INC., and ROBERT A. BESSLER,<br><br>Defendants. | No. C09-5301 RBL<br><br>**FILED UNDER SEAL** |

**ORDER**

The United States has filed an *Ex Parte* Motion for an Extension of time to Consider Election to Intervene, in which the government seeks a six (6) month extension of time, from July 21, 2010 up to and including January 21, 2011 in which to notify the Court whether it intends to intervene in this *qui tam* lawsuit. Such an extension of time is expressly contemplated by the False Claims Act, which provides that the United States "may, for good cause shown move the Court for extensions of time. . . ." 13 U.S.C. § 3730(b)(3). The Court finds that such good cause exists here.

Accordingly, it is hereby ORDERED that the United States shall have until January 21, 2011 to notify the Court of its decision whether or not to intervene in this *qui tam* action. The Clerk shall otherwise maintain the Complaint and other filings under seal for the duration of the

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

government's investigation, unless otherwise ordered by the Court.

DATED this 26th day of July, 2010..

RONALD B. LEIGHTON
United States District Judge

Presented by:

PETER A. WINN
Assistant United States Attorney

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970