Judge Ronald B. Leighton

___FILED   ___ENTERED
___LODGED  ___RECEIVED

Received From
SEATTLE

JAN 19 2011   RE   JAN 20 2011

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                        DEPUTY

ORIGINAL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

**UNDER SEAL**,

Relator,

v.

**UNDER SEAL**,

Defendants.

No. C09-5301 RBL

**FILED UNDER SEAL**

09-CV-05301-PRO

Order – 1
(C09-5301-RBL)
**FILED UNDER SEAL**

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1

Judge Ronald B. Leighton

2

3

4

5

# ORIGINAL

6

7

8

9

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

10

11

12

UNITED STATES OF AMERICA, *ex rel.*
CRAIG THOMAS,

13

Relator,

No. C09-5301 RBL

14

v.

15

SOUND INPATIENT PHYSICIANS, INC., and
ROBERT A. BESSLER,

**FILED UNDER SEAL**

16

Defendants.

17

18

## [Proposed] ORDER

19

The United States has filed an *Ex Parte* Application for an Extension of time to Consider

20

Election to Intervene, in which the government seeks a six (6) month extension of time, from

21

January 21, 2011, up to and including July 21, 2011, in which to notify the Court whether it

22

intends to intervene in this *qui tam* lawsuit.  Such an extension of time is expressly

23

contemplated by the False Claims Act, which provides that the United States "may, for good

24

cause shown move the Court for extensions of time . . .." 31 U.S.C. § 3730(b)(3).  The Court

25

finds that such good cause exists here.

26

Accordingly, it is hereby ORDERED that the United States shall have until July 21, 2011,

27

to notify the Court of its decision whether or not to intervene in this *qui tam* action.  The Clerk

28

shall otherwise maintain the Complaint and other filings under seal for the duration of the

**ORDER** – 1
(C09-5301-RBL)

1  government's investigation, unless otherwise ordered by the Court.

2  DATED this _____20ᵗʰ_____ day of January, 2011.

3

4

5  RONALD B. LEIGHTON
   United States District Judge

6

7

8  Presented by:

9

10

11  HAROLD A. MALKIN
    Assistant United States Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER** – 2
(C09-5301-RBL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970