Judge Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA, *ex rel.*
CRAIG THOMAS,

                Plaintiff,

       v.

SOUND INPATIENT PHYSICIANS, INC., and
ROBERT A. BESSLER,

                Defendants.

No. C09-5301 RBL

**FILED UNDER SEAL**

## **ORDER**

The United States has filed an *Ex Parte* Motion for an Extension of time to Consider Election to Intervene, in which the government seeks a 60-day extension of time, until June 21, 2012, in which to notify the Court whether it intends to intervene in this *qui tam* lawsuit. Such an extension of time is expressly contemplated by the False Claims Act, which provides that the United States "may, for good cause shown move the Court for extensions of time. . . ." 13 U.S.C. § 3730(b)(3). The Court finds that such good cause exists here.

Accordingly, it is hereby ORDERED that the United States shall have until June 21, 2012, to notify the Court of its decision whether or not to intervene in this *qui tam* action. The Clerk

**Order** – 1
(C09-5301-RBL)

1 | shall otherwise maintain the Complaint and other filings under seal for the duration of the
2 | government's investigation, unless otherwise ordered by the Court.
3 | DATED this 20th day of April, 2012.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

*s/Harold A. Malkin*
HAROLD A. MALKIN
Assistant United States Attorney

**Order** – 2
(C09-5301-RBL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970