Judge Leighton

1
2
3
4
5
6
7
8

FILED ____ LODGED
____ RECEIVED

OCT 22 2012

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

9      UNITED STATES DISTRICT COURT
       WESTERN DISTRICT OF WASHINGTON
10     AT TACOMA

11

UNITED STATES OF AMERICA, *ex rel.*
12  CRAIG THOMAS,

13                        Plaintiff,              No. C09-5301 RBL
                    v.
14
       SOUND INPATIENT PHYSICIANS, INC., and     **FILED UNDER SEAL**
15     ROBERT A. BESSLER,

16                       Defendants.

17

18                          **ORDER**

19       The United States has filed an *Ex Parte* Motion for an Extension of time to Consider

20  Election to Intervene, in which the government seeks a 45-day extension of time, until

21  December 7, 2012, in which to notify the Court whether it intends to intervene in this *qui tam*

22  lawsuit. Such an extension of time is expressly contemplated by the False Claims Act, which

23  provides that the United States "may, for good cause shown move the Court for extensions of

24  time. . . ." 31 U.S.C. § 3730(b)(3). The Court finds that such good cause exists here.

25       Accordingly, it is hereby ORDERED that the United States shall have until December 7,

26  2012, to notify the Court of its decision whether or not to intervene in this *qui tam* action. The

27  Clerk shall otherwise maintain the Complaint and other filings under seal for the duration of the

28  government's investigation, unless otherwise ordered by the Court.

**Order** – 1
(C09-5301-RBL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1   DATED this _22ᵈ_ day of _October_ 2012.

2

3

4                                          RONALD B. LEIGHTON
                                           United States District Judge
5

6   Presented by:

7

8

9
    HAROLD A. MALKIN
10  Assistant United States Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Order** – 2
(C09-5301-RBL)