Judge Ronald B. Leighton

```
_____ FILED _____ LODGED
           _____ RECEIVED
JUL 01 2013
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY
```

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* CRAIG THOMAS,<br><br>Plaintiff,<br><br>v.<br><br>SOUND INPATIENT PHYSICIANS, INC., and ROBERT A. BESSLER,<br><br>Defendants. | CASE NO. C09-5301 RBL<br><br>**UNDER SEAL** |

### [~~PROPOSED~~] ORDER

The United States has filed a Notice of Intervention in this matter, and requests the Court issue an order lifting the seal.

Accordingly, it is hereby ORDERED that the seal in this matter is lifted. It is the Court's understanding that the United States intends to file a Stipulation of Dismissal within thirty (30) days of its Notice of Intervention, or upon its receipt of Defendant Sound Inpatient Physicians' initial settlement payment, whichever first occurs.

[PROPOSED] ORDER
(C09-5301-RBL) - 1
UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1
2     DATED this _____1st_____ day of ____July____, 2013.
3
4
5
6                                    _____
                                     RONALD B. LEIGHTON
7                                    United States District Judge

8  Presented by:
9
   _____
10 HAROLD MALKIN, WSBA # 30986
   Assistant United States Attorney
11 United States Attorney's Office
12 Western District of Washington
   700 Stewart St., Suite 5220
13 Seattle, WA  98101-1271
14 Phone: (206) 553-7970
   Fax: (206) 553-4067
15 E-mail: Harold.malkin@usdoj.gov
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER
(C09-5301-RBL) - 2
UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970